In The UNITED STATES DISTRICT COURT
For The WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
August 13, 2018 2:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _mkc_   SCANNED BY: Kw /8/13

Watchdog (FJ) Miller

Plaintiff

**1:18-cv-905**
**Paul L. Maloney**
**United States District Judge**

v.

The INTERURBAN TRANSIT PARTNERSHIP

The CITY of GRAND RAPIDS (MI)

GRAND VALLEY STATE UNIVERSITY

Defendants

PLAINTIFF Watchdog; PETITION
For a TRO and PERMANENT INJUNCTION
seeking IMMEDIATE RELIEF enjoining
the local area city/bus agency
INTERURBAN TRANSIT "PARTERSHIP"
(dba Rapid) based in Grand Rapids (MI)
From (A) an ambush Farehike of 56
percent this week, as well as (B) Facili-
tating Federal Funding of the $70 million
"Lakes Line" (2856 M Federal) out
state 45 into Allendale (MI) outside

ITP (dba Rapid) bus agency
300 Ellsworth SW
Grand Rapids MI 49503

Grand Rapids City Hall
6th Floor
GR MI 49503

Grand Valley State University
Pearl St. entrance
(behind Burger King)
301 W Fulton St
GR MI 49504

the ITP specialty taxzone, and (c) a halt to procurement of "1100" series new full city buses with sealed, unopenable windows.

Plaintiff Watchdog petitions that the Rapid's elderabuse, elderlooting, extravagance and brazen disenfranchisement of Catholic citybus raberiders 7, 8, 10, 12, 14, 15, 16, 18 as well as black riders on black routes 1, 2, 3, 4, 5 and 14 be addressed, at your leisure, under the RICO Act of 1970 (as patterns of corrupt practices and policies), as well as under the Older Americans Act of 1965, Title VI of the 1964 Civil Rights Act and fundamental 14th Amendment equal protections.

As longtime coconspirators and Federal grant recipients, the city of Grand Rapids and Grand Valley State University (GVSU) are also listed as DEFENDANTS.

Plaintiff further requests that this august Federal court retain jurisdiction over all corrupt, discriminatory and wasteful Rapid policies until the ITP board is de-Gerrymandered.

This filing is timed as a courtesy to the new out-of-towner Rapid Chief Executive Officer (CEO) Johnson arriving in Grand Rapids this week from Champaign-Urbane (IL). As a matter of fundamental decency, he should be accorded the right to full review of these Federally funded matters before any further hardship and chaos occur.

Jurisdiction and venue

Plaintiff Watchdog nutshells his standing in these matters as follows: The Millers landed on Grand Rapids' West Side in 1879. They rode horse railcars through downtown to factory jobs, once the Scribner horserail line jumped the river.

The Rapid was founded on April 27th of 1891 as Consolidated with two city of Grand Rapids' franchises (1892-1922 and 1922-52) following. The continuous transit property operated as GR Motor Coach (1938), City Coach (1955), than GRATA, GRAATA and the ITP-Rapid.

Same crowd from 1891 on.

This watchdog started riding the Rapid across town on his own, Tamarack to Alger, in 1946.

PLAINTIFF formally requests timely court review of all corrupt, wasteful and discriminatory transit policies here until the ITP 15-seat board is deGERRYMANDERED to assure equitable representation for Wyoming (73K pop.) and Grand Rapids (199K) as well as a directly elected taxzone resident as ITP-Rapid CEO.

In recent years, our city of Grand Rapids, with roughly 53 percent of the taxzone population, has had as few as three residents on the ITP board. Sometimes no one from Grand Rapids is at the table or even in the room at key ITP-Rapid meetings.

The Grand Rapids City Commission refuses to appoint or even interview the best qualified applicants for such posts.

(This senior urbanologist with Political Science degrees from Paris, Madrid and well-run Cincinnati recommends a five-seat taxzone

directly elected board of roughly 75,000 residents per geographic sect after this November's statewide referendum here sorts out Reynolds v. Sims 1964, etc.)

As mentioned earlier First page under ambush 56 percent Farehike, PLAINTIFF seeks an immediate TRO and permanent injunction against a "capped fares" scheme adopted by only one other transit property, out of hundreds, across America. Plaintiff also seeks the retention of the present 140+ Fareboxes on our Rapid city buses.

"Capped Fares" translates into a 56 percent Farehike that cuts transfer rides from FOUR to TWO, while slashing transfer time from 120 down to 90 minutes. All that compounds.

Plus, the scheme would viciously bill riders for the second and Fourth ride of the day detoured through out-of-the-way "Central" Station. Newcomer CEO Johnson should be allowed to sort all this out first.

Catholic America sustained 43 percent of U.S. combat deaths during World War II liberating places like Holland.

As a fundamental civil right, citybus routes from Catholic neighborhoods should sweep our own downtown at least oneway ( Fulton to Michigan 400N).

## Personal Impact Upon Plaintiff

Audacious offramping here ( over to "Central" Station ) cuts our access to skyscrapers, our convention centers, cardstowers, commerce, most mediashops, big banking, big law, those courthouses, six hotels, civilized plumbing, as well as highrises, state, city, county and federal buildings.

Also, let's not forget that every citizen is affected by our federal national debt of TWENTY ONE TRILLION dollars.

The ATU transit union affirmed where downtown is by successfully demanding to march from Rosa Parks Circle to GR City Hall

Sanctuary City Sissiness

This May 1st hundreds of illegal aliens blocked Monroe marching in the middle of the street all the way to Lyon Square. Nextdoor at the Pantlind, APTA the national transit organization as well as the Michigan Municipal League, bureaucrats from Monroe to Marquette, host conventions. The Grand Rapids Press, Channel Eight, our Chamber of Commerce and Downtown GR, Inc. are all headquartered nearby. So is Rosa Parks' statue. In Towertown, pedestrians are safe, but parking is prohibitive.

Rosa Parks' 1955 local bus took her all the way to Courthouse Square in Montgomery, where she had a one-block walk to and from her Fair department store job. Torturous, mile-long lurching here over to Slumlord Station (Central) and back way south of Fulton cost Catholic and black busriders some 183 hours a year (based on a 250-day workyear). Inefficient detouring over to those Wealthy viaducts everyday

remains a time-consuming, circuitous and cumbersome ordeal.

Catholic veterans pay our taxes, mow our lawns, go to Church, stay off bike lanes. We deserve a decent ride downtown (and bus-seats as wide and cushy as Rosa Parks'). Double-deckers like Las Vegas.

More vulnerable adult abuse: All summer long, the air-conditioning in Central Station public areas has been on the blink.

On July 24th, Rapid kleptocrats snatched six tables and 24 chairs, all metal, in broad daylight alongside the ITP's information booth in the main lobby of "Central" Station at 250 Grandville SW.

The craven, vicious thievery was executed without any prior approval by the ITP bus board, by our City Commission or by the new Rapid CEO.

Get us OUT of there. Kindly close Central Station under Boynton v Virginia (1960).

The July 24th impertinence by Rapid operatives follows the theft of all eight framed, historic photos of

our greatest train depots here,
after Varga and pals closed our
last Amtrak station on Wealthy
off Market.
   This March 3rd, GVSU
obstructed justice by instructing
its security chief to block my
Constitutional leafleting of 500
2018 Cityhall Reportcards (at a
cost of $106 to this plaintiff business
Veteran) at a Grand Rapids
city Saturday neighborhood summit
of top neighborhood leaders and
activists. Plaintiff was a duly
registered neighborhood summiteer.
   The six officers in blue who
eventually showed up were not
registered summiteers. One GR cop
threatened me with arrest if I
went further inside the gathering.
(The threat was videoad.) The
GVSU security chief, who claims
GVSU is private, picked up my
trail again and stalked me the
rest of my stay inside. City Hall's
Kara Woods witnessed the stalking.
Paperwork FOI'd from the city

# Bookburning 101

suggests that it was GVSU's idea to invite over the summit in the first place, in order to do something diversifying.

Why? Who knows. Their job to explain. Highlights of that 2018 reportcard (Exhibit #1 two pages) include:

- GVSU bribed our last two Grand Rapids mayors with sinecures (phony jobs) in total contempt for the 1939 Hatch Act, as well as the Emoluments Clause of the U.S. Constitution

- The principal payoff to GVSU is the preposterous $70 million Laker line boondoggle, utterly unnecessary, that will fell hundreds of trees behind senior home complexes Marsh Ridge and Lincoln Square, while closing two longtime express allstops at Collindale (2800W) and Oakleigh (2400W). Clear retaliation against legendary activists who organized TERMLIMIT drives out Lake Michigan (state 45).

- GVSU's Allendale 50 already runs across classy Monroe every six minutes, while our Catholic and black busroutes are buried beneath Mayor Bliss' favorite beerhall. Founders

## Barbob Bliss

picked up her #1200 election night barb,

- Without any public debate, GVSU recently created an un-necessary masters' program with Bliss chairing it. The $1.3 TRILLION national student debt is another Federal matter submitted for the Federal court's contemplation.

- Bliss cronies exploit Central Station, with two interstate bus boys, for Aplus America voter drives, while she viciously barnyards the interstate FirstFlush menstroom there. More federal matters. Conditions evoke Andersonville.

### Boycott

This Rapid watchdog is in Federal court, in part asking for relief from the ITP board's boycott. By reducing board meetings 90 percent ( going from ten every two months down to just one surly meeting ), the ITP board basically declared a boycott of its own meetings.

* A new socialworker masters' degree damecns current undergrad de-grees (in that field) already underpaid, underemployed or flat out unemployed.

Even before this year's board boycott, that unelected 15-seat panel would basically rubberstamp boondoggle after useless boondoggle. No due diligence. No oversight. No EIS. No ALTERNATIVES analyses, or even public hearings with published notice. Crude threats made to ban this watchdog from meetings. Absurd RICO-esque FOI files trash statelaw.

ITP chairman Kepley was "elected" last December 5th (2017) at an ambush meeting attended by no riders, drivers, service watchdogs, or budget hawks. That annual meeting had been scheduled all year long (more than 300 days) for Wednesday the 9th.

At the same clandestine, annual "election" meeting, the unelected, Gerrymandered ITP board agreed to a ruinous, unmonitored labor contract covering 300 drivers, where lowincome riders were never at the table. The giveaway package precludes restoration of bus

service to a dozen traditional transit corridors in our city of Grand Rapids alone.

At the same bait-n-switch secret meeting of the 5th, the ITP board engaged an out-of-town CEO search firm some four states away that our city of Grand Rapids fired this year for its city manager search. No phone or postal address given (mail-frauding seniors). The minutes for the 5th show Kepley was elected without any program whatsoever. Furthermore, none of 34 recognized CEO applicants ever presented any programs either.

They don't know Fountain from Fulton, Fulton from Fuller, Watchdog Miller from Wally Ballou.

A contract was extended to Mr. Johnson, but does not include Michigan's fire-at-will protections for the benefit of riders and taxpayers. Kepley also barred the public from speaking until the end of that special August 1st meeting.

This watchdog has submitted dozens of transit reports, * cumulatively amounting to hundreds of pages, to both our City Commission, as well as the Rapid board. Never any reply. Also, I apply for the ITP CEO position on an almost annual basis. From a consumer watchdog perspective. Each effort was rebuffed.

(For the record, this pro form watchdog did show up at the cancelled 4PM meeting scheduled all year long for the 9th of December, 2017.)

* City Hall does officially note these submissions in minutes published in the Saturday Grand Rapids Press, now folded into an early Sunday edition.

At a January retreat this year, Kepley ordered this slow-of-hearing senior citizen to the back of the hall, then barred me from speaking, while pampered, overpaid Rapid payrollers upfront whined on demanding budget busting raises.

# Title VI Fabrications

Last November (2017), as ITP vicechairman, Kepley's crew falsified a Title VI report to FTA Washington. The 127-year old ITP claimed "record ridership" as well as still maintaining 1700+ busstops. It's actually hundreds of stops less, and this watchdog, who grew up on 12 stops-a-mile transit, vigorously protests nearly every vicious closing. Same November report: the Rapid grudgingly admitted to only one Farehike, after first asserting "no Farehikes" to the FTA. PLAINTIFF is in court today battling the (A) ambush Farehike of 56 percent this week.

The Rapid instituted an unfair Farehike of 17% in late 2015 and, for the record, ridership here topped 33 million in 1915. Falsifying federal reports are federal matters.

Plaintiff is gifted in routing analysis and improvements, and diligent in other areas of transit oversight. The Rapid's pretty boy planners are not.

WHEREFORE Plaintiff respectfully requests that this Federal court, next door to Grand Rapids City Hall, retain jurisdiction over all unanswered transit reports officially noted in City Hall minutes, and that this august court enjoin DEFENDANTS from this week's (A) ambush fare hike of 56 percent, as well as related farebox removal from our city buses; (B) Facilitating construction of the #70 million "Labor Line" ($56M Federal) on Fulton Street and state 45 into Allendale (MI) outside our ITP sixcity taxzone, and (C) procuring new "1100" series city buses with sealed windows and teensy seating.

Respectfully submitted
Weblodog Miller
Watchdog (FJ) Miller
2035 Bradford NE.
Grand Rapids MI 49505