UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F.J. MILLER,

            Plaintiff,

v.

INTERURBAN TRANSIT PARTNERSHIP,
et al.,

           Defendants.
_____/

Case No. 1:18-cv-00905
Hon. Paul L. Maloney

**DEFENDANT INTERURBAN TRANSIT PARTNERSHIP'S
RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR A CHANGE OF VENUE**

For essentially the reasons stated in the response filed by Grand Valley State University (R. 28, PageID.107-09), this Court should deny the motion filed by Plaintiff, F.J. ("Watchdog") Miller, which either requests a change of venue or the recusal of Judge Maloney (R. 26, PageID.98-105). Specifically, Miller identifies neither a new venue nor any grounds for transferring this litigation elsewhere. Nor has Miller articulated sufficient grounds for Judge Maloney's recusal from this case. This Court should deny Miller's motion.

                                      Respectfully submitted,

                                      MILLER JOHNSON
                                      Attorneys for Defendant Interurban

Dated: October 3, 2018          By  /s/Salvatore W. Pirrotta (P62596)
                                             Salvatore W. Pirrotta (P62596)
                                           Business Address:
                                           45 Ottawa Avenue SW, Suite 1100
                                           Grand Rapids, MI  49503
                                           Telephone:  (616) 831-1700