UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F.J. MILLER,

    Plaintiff,

v.

INTERURBAN TRANSIT PARTNERSHIP,
et al.,

    Defendants.
_____/

Case No. 1:18-cv-905

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing his complaint against Interurban Transit Partnership, the City of Grand Rapids, and Grand Valley State University on August 13, 2018. All three Defendants have filed motions to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 7, 2019, recommending that this Court grant the motions and enter judgment. The Report and Recommendation was duly served on the parties. Upon his request, Plaintiff was granted an extension of the deadline to file objections to the Report and Recommendation (ECF No. 35). However, no objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 33) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions to Dismiss (ECF Nos. 9, 12, and 20) are GRANTED for the reasons stated in the Report and Recommendation. Plaintiff's complaint is **DISMISSED**.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  September 4, 2019                       /s/  Paul L. Maloney  
                                                                Paul L. Maloney  
                                                                United States District Judge