UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F.J. MILLER,

    Plaintiff,

v.

INTERURBAN TRANSIT PARTNERSHIP,
et al.,

    Defendants.
_____/

Case No. 1:18-cv-905

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated: September 4, 2019          /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge